■ MARIO DEL BOCA et al., Appellants, v. CLAIRE CONROY et al., Respondents, et al., Defendant.— Order entered on November 20, 1959, denying plaintiffs-appellants' motions for a preference pursuant to subdivision 5 of rule V of the New York County Trial Term Rules, unanimously reversed, on the law

and on the facts, with $20 costs and disbursements to the appellants, and the motions for a preference granted, with $10 costs. Some of the injuries claimed in this consolidated action warrant a granting of the preference. Concur — Valente, J. P., McNally, Stevens and Eager, JJ.